**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00465-CV**
_____

**LORENZO MONTEVERDI AND LUISA TREVISIOL, Appellants**

**V.**

**CONSORTIA DOMESTIC, LLC, Appellee**

___

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-30986**

___

**MEMORANDUM OPINION**

The appellants filed a motion to dismiss this appeal. This motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.